**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KITT SAMUEL,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NATIONAL HEALTH SERVICES, INC. )<br>d/b/a/ WASCO MEDICAL CENTER,  )<br>  )<br>Defendant.  )<br>_____) | CV F 06-1358 AWI TAG<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Documents #2 and #4) |

This is a civil action concerning disability discrimination. Pretrial motions have been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

On October 10, 2006, the Magistrate Judge filed a Report and Recommendation that recommended the court deny Plaintiff's application to proceed in forma pauperis. The Magistrate Judge found that Plaintiff's income did not warrant in forma pauperis status in light of the lack of information regarding Plaintiff's monthly expenses and outstanding debts. The Report and Recommendation gave notice that Plaintiff could file objections within thirty days. On November 2, 2006, Plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a de novo review of this case. Having reviewed the entire file, the court finds the Report and Recommendation to be supported by the record and by proper analysis. While confirming Plaintiff's monthly income is only $752.40, the objections still do not provide sufficient details

regarding Plaintiff's monthly expenses to find in forma pauperis status available.

Accordingly, the court ORDERS that:

1. The Report and Recommendation entered on October 10, 2006 is ADOPTED IN FULL;
2. Plaintiff's application to proceed in forma pauperis is DENIED;
3. Plaintiff is ordered to pay the filing fee within thirty days of this order's date of service; and
4. Plaintiff is warned that failure to pay the filing fee within thirty days may result in dismissal of this action.

IT IS SO ORDERED.

**Dated:** **January 26, 2007**           /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

2